UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. H-93-00242-1 |
| | § | |
| JOHN C RIDDLE, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

    Pending before the Court is the Government's motion to compel answers to documents served on defendant John C. Riddle (Doc. 328).  Local rules 7.3 and 7.4 provide that a party must file his opposition to a motion within 20 days.  If he fails to do so, then the motion is unopposed.  The government filed its motion to compel on December 14, 2006.  To date, their has been no response to the Government's motion.  Accordingly, the court ORDERS that the Government's motion (Doc. 328) is GRANTED.   Defendant John C. Riddle shall have 20 days from the service of this order to fully and completely answer the items contained within the documents that were served on defendant through his attorney Leonard Simon on October 31, 2006, entitled as follows:

1.  The United States of America's Post Judgment First Set of Written Interrogatories

2.  The United States of America's Post Judgment First Request for Production

3.  Financial Statement of Individual Debtor

4.  Consent and Waiver for Disclosure of Tax information

5.  Form 8821 Tax Information Authorization

6.  Form 4506 Request for Copy of Tax Return

7.  Request for Social security Earnings Information.

    Such answers shall include items pertaining to all property, assets and interests claimed as community property or as separate property.

    Signed at Houston, Texas, this 6th day of February, 2007

                                                         _____
                                                              Melinda Harmon
                                                        United States District Judge