**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:93-CR-242-01 |
| DEFENDANT | TYPE OF PROCESS |
| JOHN C. RIDDLE | Subpoena/Attachments |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John C. Riddle

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9430 Katy Freeway, Houston, TX 77055

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas 77002
Attn: Cynthia DeGabrielle

*United States Southern District of Texas FILED FEB 04 2013 David J. Bradley, Clerk of Court*

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve defendant by February 7, 2013. If unable to serve defendant by that date, return process to U.S. Attorney's Office immediately.

? 713 202 2268 ?

Signature of Attorney other Originator requesting service on behalf of:
Cynthia DeGabrielle, Assistant U.S. Attorney

☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 713-567-9167
DATE: 1/24/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk *Pat Lopez* | Date 1/28/2013 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 1/31/13 | 11:53 | ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Served in front of 515 Rusk.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

RECEIVED
UNITED STATES MARSHAL
13 JAN 28 AM 11: 27
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | Court Number: 4:93-CR-242-01 |
|---|---|
| *Plaintiff* | (If the action is pending in another district, state where) |
| v. | |
| JOHN C. RIDDLE | |
| *Defendant* | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

TO: John C. Riddle
9430 Katy Freeway
Houston, TX 77055

X *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: United States Attorney's Office<br>1000 Louisiana, Suite 2300<br>Houston, Texas 77002 | Date and Time:<br><br>February 21, 2013, 1:30 pm |
|---|---|

X *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
SEE ATTACHED "EXHIBIT A"

| Place: United States Attorney's Office<br>1000 Louisiana, Suite 2300<br>Houston, Texas 77002 | Date and Time:<br><br>February 21, 2013, 1:30 pm |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____
    *CLERK OF COURT*                OR        _____
    _____                    *Attorney's signature*
    *Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the attorney representing the United States of America, who issues or requests this subpoena
Cynthia DeGabrielle, Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9167
Cynthia.Degabrielle@usdoj.gov

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* John Riddle
was received by me on *(date)* 1/28/13 .

☒ I personally served the subpoena on the individual at *(place)* 515 Rusk, Hou, TX
on *(date)* 1/31/13 ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/13

_____
Server's signature

Chadwick Kronfk
Printed name and title

515 Rusk, Hou TX
Server's address

Additional information regarding attempted service, etc: